**Edmond L. VILES v. PRUDENTIAL IN-SURANCE COMPANY OF AMERICA, a Corporation.**

No. 2620.

Circuit Court of Appeals, Tenth Circuit.

Oct. 12, 1942.

Edmond L. Viles, pro se.

Horace Phelps, of Denver, Colo., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed for the reason that the order appealed from is not an appealable order.